IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| In the Matter of the Search of: | |
| --- | --- |
| | MJ 20-16-M-KLD |
| Gray 2007 Pontiac G6 sedan with Montana plate 12-6621D and VIN 1G2ZG58N274210963 | ORDER |

The warrant in the above-entitled matter having been executed and returned

- together with a copy of the certified inventory of the property seized - to the

undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 10th day of June, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1